JS 44 (Rev. 11/04)  **CIVIL COVER SHEET**  **APPENDIX H**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** ROBERT DAVIDSON

**DEFENDANTS** SECURITY CREDITS SYSTEMS, INC.

**(b)** County of Residence of First Listed Plaintiff ___PHILADELPHIA___
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) Theodore E. Lorenz, Esq., Flitter Lorenz, P.C., 450 N. Narberth Avenue, Suite 101, Narberth, PA 19072, (610) 822-0781

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:  FDCPA 15 USC § 1692

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ Yes ☐ No.

**VIII. RELATED CASE(S) IF ANY**
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 4/9/14

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

UNITED STATES DISTRICT COURT                                                       APPENDIX F

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: _534 Solly Avenue, Philadelphia, PA 19111_____

Address of Defendant: _Theatre Place, 622 Main Street, Suite 301, Buffalo, NY 14202_____

Place of Accident, Incident or Transaction: __534 Solly Avenue, Philadelphia, PA 19111_____
_____ *(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)        Yes ☐  No ☒

Does this case involve multidistrict litigation possibilities?                                Yes ☐  No ☒

*RELATED CASE, IF ANY:*

Case Number:_____ Judge_____ Date Terminated:_____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
                                                                              Yes ☐  No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
                                                                              Yes ☐  No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
                                                                              Yes ☐  No ☒

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify)  FDCPA, 15 USC § 1692

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability (Asbestos)
9. ☐ All other Diversity Cases
   (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, _____, counsel of record do hereby certify:
    ☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

    ☐ Relief other than monetary damages is sought

DATE: _____    _____    _____
                              Attorney-at-Law                    Attorney I.D.

**NOTE:**  A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

**I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court  except as noted above.**

DATE: _4/9/14_       _D. fzy_                    _67795_
CIV.609 (4/03)              Attorney-at-Law                    Attorney I.D.

**APPENDIX I**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

|  |  |  |
|---|---|---|
| ROBERT DAVIDSON | : | CIVIL ACTION |
| V. | : | |
| | : | |
| SECURITY CREDIT SYSTEMS, INC. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)   Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.            (      )

(b)   Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits                  (      )

(c)   Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. (   X  )

(d)   Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.                                                         (      )

(e)   Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management
by the court. (See reverse side of this form for a detailed explanation of special
management cases)                                                            (      )

(f)   Standard Management – Cases that do not fall into any one of the other tracks.   (      )

| | | |
|---|---|---|
| 4/9/14 | | Theodore E. Lorenz |
| **Date** | **Attorney at Law** | **Attorney for Plaintiff** |
| (610) 822-0781 | (610) 667-0552 | LORENZ@consumerslaw.com |
| **Telephone** | **Fax Number** | **E-Mail Address** |

(Civ.660) 10/02

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT DAVIDSON
534 Solly Avenue,
Philadelphia, PA 19111

                Plaintiff,

        vs.

SECURITY CREDIT SYSTEMS, INC.
Theatre Place, 622 Main Street, Suite 301
Buffalo, NY 14202

                Defendant.

CIVIL ACTION NO.

## **COMPLAINT**

**I.**    **INTRODUCTION**

       1.     This is an action for damages brought by a consumer pursuant to the Fair Debt

Collection Practices Act, 15 U.S.C. §1692 ("FDCPA").

       2.     The FDCPA prohibits debt collectors from engaging in deceptive and unfair

practices in the collection of a consumer debt.

       3.     Defendant is subject to strict liability for sending a collection letter which violates

the provisions of the FDCPA.

**II.**    **JURISDICTION**

       4.     Subject matter jurisdiction of this Court arises under 15 U.S.C. §1692k and 28

U.S.C. §1337.

       5.     Defendant regularly conducts business within the Eastern District of

Pennsylvania. 28 U.S.C. §1391.

### III.   **PARTIES**

6.      Plaintiff Robert Davidson ("Plaintiff" or "Davidson") is an adult individual who resides in Philadelphia, Pennsylvania at the address captioned.

7.      Plaintiff is a "consumer" as that term is contemplated under the FDCPA, 15 U.S.C. §1692a(3).

8.      Defendant, Security Credit Systems, Inc. ("Security Credit Systems") is a debt collector with a principal place of business in Buffalo, New York and a mailing address as captioned.

9.      Defendant regularly uses the mail and telephone to attempt to collect consumer debts alleged to be due another.

10.     Defendant is a "debt collector" as that term is defined in the FDCPA, 15 U.S.C. §1692a(6).

### IV.   **STATEMENT OF CLAIM**

11.     On or about August 21, 2013, Defendant mailed Plaintiff a collection dun in an attempt to collect a consumer debt alleged due.  A copy of the August 21, 2013 collection letter is attached hereto as Exhibit "A" (redacted for privacy, per local rule).

12.     The August 21, 2013 collection letter states in part:

SHOULD YOUR DELINQUENCY PERSIST YOUR ACCOUNT WILL BE DECLARED IN DEFAULT!! OUR CLIENT WILL THEN HAVE THE OPTION TO RETURN YOUR ACCOUNT TO THE FEDERAL GOVERNMENT FOR FURTHER COLLECTION ACTIVITY. CONTACT US NOW.

13.     Section 1692e of the FDCPA prohibits a debt collector from making false, deceptive or misleading statements in connection with the collection of a debt.

14.     Defendant's statement that its "client will then have the option to return [the] account to the Federal Government" is false, deceptive or misleading in violation of the FDCPA, 15 U.S.C §1692e, e(10). (Ex. A).

15.     The "Federal Government" did not send or assign the alleged account to Security Credit Systems' client for collection.  There is no account to return to the "Federal Government for further collection activity."    (Ex. A).

16.     Defendant falsely injected the Federal Government into the matter in order to deceive and mislead Plaintiff, and create a false sense of urgency, in connection with its attempt to collect a disputed account alleged due, in violation of the FDCPA.

## COUNT I - FAIR DEBT COLLECTION PRACTICES ACT

17.     Plaintiff repeats the allegations contained above as if the same were here set forth at length.

18.     The August 21, 2013 collection letter from Defendant violates the Fair Debt Collection Practices Act in the following ways:

     (a)     by using false, deceptive, or misleading representations or means in connection with the collection of any debt, in violation of 15 U.S.C. §1692e; and

     (b)     by using false representations or deceptive means to collect or attempt to collect a debt claimed due, in violation of 15 U.S.C. §1692e(10).

**WHEREFORE**, Plaintiff, Robert Davidson, demands judgment against Security Credit Systems, Inc. for:

     (a)     Damages;

     (b)     Attorney's fees and costs; and

3

(c)     Such other and further relief as the Court shall deem just and proper.

## V.     DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

Respectfully submitted:

Date: 4/9/14

CARY L. FLITTER
THEODORE E. LORENZ
ANDREW M. MILZ
Attorneys for Plaintiff

FLITTER LORENZ, P.C.
450 N. Narberth Avenue, Suite 101
Narberth, PA  19072
(610) 822-0781

4

EXHIBIT "A"

PO BOX 846
BUFFALO, NY 14240-0846

**RETURN SERVICE REQUESTED**

| **SECURITY CREDIT SYSTEMS, INC** |
| PO BOX 846   BUFFALO, NY 14240-0846 |

I WISH TO PAY BY CREDIT CARD (CHECK ONE)   ☐ ⬛   ☐ ⬛
THERE WILL BE A 2.5% PROCESSING FEE ADDED TO YOUR CHARGED AMOUNT
YOUR SIGNATURE BELOW AUTHORIZES BOTH THE PAYMENT AND FEE

CARDHOLDER NAME (Please Print)

CARD NUMBER                                              AMOUNT

SIGNATURE                                                EXP DATE

**GWYNEDD MERCY COLLEGE T3**
**ACCOUNT BALANCE:** ▬▬▬▬▬

REFERENCE NO.: ▬▬▬▬▬▬▬▬     34

‖iⅼⅼıⅼıⅼⅼ‖ⅼⅼⅼıⅼⅼⅼⅼıⅼ‖‖ⅼⅼⅼ‖ⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼ
ROBERT DAVIDSON
534 SOLLY AVE
PHILADELPHIA PA 19111-1906

‖ⅼⅼⅼ‖ⅼⅼ‖ⅼⅼⅼⅼⅼⅼⅼ‖ⅼⅼⅼ‖ⅼⅼⅼⅼıⅼⅼⅼıⅼⅼⅼⅼⅼⅼ
SECURITY CREDIT SYSTEMS, INC.
PO BOX 846
BUFFALO NY 14240-0846

---

DETACH AND RETURN COUPON WITH PAYMENT TO ENSURE PROPER CREDIT

08/21/2013

GWYNEDD MERCY COLLEGE T3
ACCOUNT BALANCE: 11880.00

REFERENCE NO.: ▬▬▬▬▬▬

CONVENIENT ONLINE PAYMENT OPTION!
-FAST, SIMPLE AND SECURE-
VISIT: www.payscs.com

| ANY CHECK RETURNED FOR INSUFFICIENT FUNDS OR ACCOUNT CLOSED WILL BE ASSESSED PROCESSING FEES THAT ARE APPPLICABLE BY YOUR STATE LAWS AND REGULATIONS. |

YOU WERE PREVIOUSLY NOTIFIED THAT YOUR STUDENT LOAN IS SERIOUSLY DELINQUENT.

YOU HAVE BEEN GIVEN EVERY OPPORTUNITY TO:
  1.) PAY YOUR JUST OBLIGATION
  2.) TELL US WHAT EXACTLY THE PROBLEM IS

BE ADVISED THAT IF WE DO NOT HEAR FROM YOU WITHIN FIVE (5) DAYS WE WILL ADVISE OUR CLIENT YOU HAVE REFUSED TO PAY!

SHOULD YOUR DELINQUENCY PERSIST YOUR ACCOUNT WILL BE DECLARED IN DEFAULT!! OUR CLIENT WILL THEN HAVE THE OPTION TO RETURN YOUR ACCOUNT TO THE FEDERAL GOVERNMENT FOR FURTHER COLLECTION ACTIVITY. CONTACT US NOW!!

MAIL PAYMENT IN FULL TO: PO BOX 846
                        BUFFALO, NY 14240-0846

Yours very truly,
SECURITY CREDIT SYSTEMS, INC.                    34

*John Owens*

"THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE".  SECURITY CREDIT SYSTEMS, INC., IS A DEBT COLLECTION AGENCY.